# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TERESA LIGMAN,

        Plaintiff,

v.

LONG TERM DISABILITY INCOME PLAN OF BANK OF MONTREAL/HARRIS,

        Defendant.

Case No. 18-CV-382-JPS

**ORDER**

On May 23, 2018, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs assessed to either party. (Docket #18). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #18) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 24th day of May, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge